UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALDO ORTIZ-CHAVEZ,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 1:26-cv-02712-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT RESPONDENTS' MOTION TO DISMISS, AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

Doc. 10

Petitioner Aldo Ortiz-Chavez is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2026, the assigned magistrate judge issued findings and recommendations to grant Respondents' motion to dismiss and to dismiss the petition for writ of habeas corpus as moot. Doc. 10. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. No objections were filed, and the deadline to do so has expired.[1]

In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of

[1] The findings and recommendations sent to Petitioner at his address of record were returned as "Undeliverable, RTS, Attempted – Not known, Unable to forward" on September 28, 2026.

the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 16, 2026, Doc. 10, are ADOPTED IN FULL;
2. Respondents' motion to dismiss, Doc. 9, is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED, as moot; and
4. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE